IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors,<br><br>                  Plaintiff,<br>v.<br><br>SYNNEX INFORMATION TECHNOLOGIES INC.<br>                  Defendant | Civil Action No. 04-558 (GMS)<br><br>Adv. Pro. No. 02-02192 PJW)<br>Bankruptcy Case No. 00-2426 (PJW) |

## NOTICE AND STIPULATION OF
## VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff Inacom Corp., on behalf of all affiliated Debtors, and defendant Synnex Information Technologies Inc. hereby stipulate to the voluntary dismissal with prejudice of the Complaint for Avoidance and Recovery Preferential Transfers which was initiated in the above-captioned adversary proceeding versus Synnex Information Technologies Inc. (the "Complaint").

DOCS_LA:104666.1
42125-003\DOCS_LA:151345.1

The parties stipulate to the dismissal of the Complaint with prejudice because the parties therein have settled the adversary. Each side will bear its own fees and costs.

DATED: March 27, 2006

| MONZACK & MONACO, P.A. | PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP |
|---|---|
| /s/ Brian J. McLaughlin<br>Brian J. McLaughlin (ID No. 2462)<br>1201 North Orange Street<br>Suite 400<br>P.O. Box 2031<br>Wilmington, Delaware 19899<br>Telephone: (302) 656-8162<br><br>and<br><br>Jeffrey M. Galen, Esq.<br>GALEN AND DAVIS, LLP<br>Telephone: (818) 986-5685<br><br><br>Attorneys for Synnex Information Technologies Inc. | /s/ J.M. Selzer<br>Laura Davis Jones (Bar No. 2436)<br>Sandra G. Selzer (Bar No. 4283)<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>and<br><br>Andrew W. Caine (CA Bar No. 110345)<br>Jeffrey P. Nolan (CA Bar No. 157216)<br>10100 Santa Monica Boulevard<br>Suite 1100<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br><br>Attorneys for Inacom Corp., on behalf of all affiliated Debtors |